UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDULLAH SPENCER NIMHAM EL DEY,<br><br>Plaintiff,<br><br>-against-<br><br>CORRECTION COMMISSIONER, et al.,,<br><br>Defendant. | 22-CV-2600 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 22, 2022, and October 3, 2022, orders, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 3, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                       Chief United States District Judge